McGREGOR W. SCOTT
United States Attorney
MATTHEW R. BELZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2758
Facsimile:  (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>vs.<br><br>AZIZ KAMALI, M.D., INC. AND AZIZULAH KAMALI, M.D.,<br><br>Respondents. | 2:20-cv-2156 TLN CKD<br><br>[PROPOSED] ORDER TO SHOW CAUSE FOR SUMMARY ENFORCEMENT OF CIVIL INVESTIGATIVE DEMAND 2020-EDCA-11 |

Upon the United States' petition under 31 U.S.C. § 3733(j) for an Order to Show Cause and for summary enforcement of Civil Investigative Demand 2020-EDCA-11 ("CID") issued to respondents Aziz Kamali, M.D., Inc. and Azizulah Kamali, M.D. (together, "Kamali") and the papers submitted in connection with that petition;

IT IS HEREBY ORDERED, that Kamali appear at a **hearing at 10:00 AM on Wednesday, December 2, 2020 (via remote means, the information for which will be disseminated at a later time)**, to show cause why an order should not be issued pursuant to 31 U.S.C. § 3733(j) directing Kamali to produce all documents responsive to Demands 1, 2, 4-8, 10-13, and 16; to answer Interrogatories 3 and 4; to provide complete answers to Interrogatories 1, 5-10, and 12; and to produce a privilege log in accordance with CID Instructions 8 and 9 of the CID, within seven (7) days of the issuance of such Order and to provide such documents and answers to interrogatories within ten (10) days of the issuance of such Order.

IT IS FURTHER ORDERED that on or before the close of business on **October 30, 2020**, the United States shall serve a copy of this Order, along with the declarations and memorandum of law

submitted by the United States, on Kamali (i) by email and (ii) by Federal Express overnight delivery.

IT IS FURTHER ORDERED that any answering papers by respondent Kamali shall be filed and served on or before **November 18, 2020**; and

IT IS FURTHER ORDERED that any reply papers by the United States shall be filed and served on or before **November 25, 2020**.

Dated:  October 27, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE