UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>AZIZ KAMALI, M.D. INC., and AZIZULAH KAMALI,<br><br>    Respondents. | No.  2:20-cv-02156-TLN-CKD<br><br>**ORDER** |

   This matter is before the Court on the United States' Petition for Summary Enforcement of a Civil Investigative Demand issued to Respondents Azizulah Kamali, M.D., and Aziz Kamali, M.D., Inc., his medical corporation.  (ECF No. 1.)  This action was referred to a magistrate judge pursuant to Eastern District of California Local Rule 302(c)(1).

   On December 3, 2020, the magistrate judge filed findings and recommendations (ECF No. 10), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  No objections were filed.  Accordingly, the Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

1

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 10) are ADOPTED IN FULL;
2. The Petition for Summary Enforcement of Civil Investigative Demand No. 2020-EDCA-11 (ECF No. 1) is GRANTED; and
3. Respondents shall, within 10 business days of the date of issuance of this order, comply with the CID by:
   a. Producing all documents responsive to Demands 1, 2, 4-8, 10-13, and 16;
   b. Answering Interrogatories 3 and 4;
   c. Providing complete answers to Interrogatories 1, 5-10, and 12; and
   d. Producing a privilege log in accordance with Instructions 8 and 9.

DATED: January 5, 2021

Troy L. Nunley
United States District Judge