Nicholas Jurkowitz (State Bar No.: 261283)
David D. Wagmeister (State Bar No.: 309736)
**FENTON LAW GROUP, LLP**
1990 S. Bundy Drive, Suite 777
Los Angeles, CA 90025
Telephone: (310) 444-5244
Facsimile: (310) 444-5280

Attorneys for Respondents
AZIZ KAMALI, M.D. INC., and
AZIZULAH KAMALI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Petitioner,<br>   v.<br><br>AZIZ KAMALI, M.D. INC., and<br>AZIZULAH KAMALI,<br><br>              Respondents. | No. 2:20-cv-02156-TLN-CKD<br><br>ORDER RE STIPULATION<br>FOR EXTENSION OF TIME TO RESPOND<br>TO CIVIL INVESTIGATIVE DEMAND |

ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO CIVIL
INVESTIGATIVE DEMAND

# **ORDER**

Good cause appearing therefor, the Court orders:

1. The time to respond to Petitioner's Civil Investigative Demand is continued to January 27, 2021.

**IT IS SO ORDERED.**

Dated: January 22, 2021

_____
Troy L. Nunley
United States District Judge